| | | |
|---|---|---|
| REVISION 1<br>(10/11/22) | **UNITED STATES COURT OF APPEALS<br>FOR THE ELEVENTH CIRCUIT** | |

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia 30303<br>(404) 335-6131 | | |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, NOVEMBER 15, 2022

| | |
|---|---|
| 20-11238 | United States v. Ephren Taylor, II, Appellant |
| 22-11124 | Lisa Hill Leonard, et al., Appellants v. The Alabama State Board of Pharmacy, et al. |
| 22-10214 | Nuvasive, Inc. v. Absolute Medical, LLC, et al., Appellants |
| 21-13980 | L.E., et al., Appellants v. Superintendent of Cobb County School District, et al. |

### WEDNESDAY, NOVEMBER 16, 2022

| | |
|---|---|
| 20-12568 | United States v. Dr. James Heaton, Appellant |
| 21-11037 | Shampoire Orange, Appellant v. Col. Judy Lowe, et al. |
| 22-10695 | Kenneth Johansen, Appellant v. Bluegreen Vacations Unlimited, Inc. |
| 21-13361 | Liberty Corporate Capital Ltd. V. First Metropolitan Baptist Church, Appellant |

### THURSDAY, NOVEMBER 17, 2022

| | |
|---|---|
| 21-14514 | United States, Appellant v. Chavar Harrison |
| 21-10471 | Ignacio Balaez Serra, Petitioner v. U.S. Attorney General |
| 21-13195 | Linda Hardnett, Appellant v. Equifax Information Services LLC, et al. |
| 22-10297 | Moms for Liberty-Brevard County, FL, et al., Appellants v. Brevard Public Schools, et al. |

### FRIDAY, NOVEMBER 18, 2022

| | |
|---|---|
| 21-10455 | United States v. Muhammed Al-Azhari, Appellant |
| 20-13138 | Wissam Hammoud, Appellant v. United States |
| 22-10073 | James Wisnel v. The Piedmont Bank, Appellant |
| 21-12062 | State Farm Mutual Automobile Insurance Company v. Anna Spangler, et al., Appellants |

ATLANTA, GEORGIA
09/12/22 - #2

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT